# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 23-cr-00696-GC |
| | * | |
| KIRTAN S. PATEL, and | * | |
| CHRISTOPHER LUGO | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]  That the Defendants (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ]  Other:

Date: 9/1/2023

_____
Douglas E. Arpert, USMJ