

**U.S. Department of Justice**

*Criminal Divison*
*Fraud Section*

| | |
|---|---|
| *1400 New York Avenue,* | *202-923-6451* |
| *Washington, D.C.* | |

April 4, 2025

Anthony J. Iacullo, Esq.
Mandelbaum Barrett PC
3 Becker Farm Rd., Suite 105
Roseland, New Jersey 07068

    Re:    <u>Addendum to Plea Agreement with Kirtan S. Patel</u>

Dear Mr. Iacullo:

This letter constitutes an addendum to the plea agreement between your client, Kirtan S. Patel ("PATEL"), and the United States Department of Justice, Criminal Division, Fraud Section and the United States Attorney for the District of New Jersey (together, "this Office") signed by PATEL on January 31, 2025.

If PATEL fully complies with the plea agreement, at sentencing, this Office will move to dismiss Counts 1, 6, 7, 8, 9, and 11 of the Indictment, Criminal No. 23-696, against PATEL.

ALINA HABBA
United States Attorney

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice


*/s/ Nicholas K. Peone*
Nicholas K. Peone
Paul J. Koob
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice

AGREED AND ACCEPTED:


Kirtan S. Patel                                    Date: 4/24/2025


Anthony J. Iacullo, Esq.                           Date: 4/24/2025
Counsel for Defendant

- 2 -